Argued June 20, reversed and remanded June 27, reconsideration denied August 2, petition for review denied December 19, 1978

STATE OF OREGON, *Appellant,*
*v.*
DIANA LYNN STEELE, *Respondent.*
(No. 50799, CA 10035)

579 P2d 1313

W. Benny Won, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Robert C. Cannon, Salem, argued the cause for respondent. With him on the brief was Schlegel, Milbank, Wheeler, Jarman & Hilgemann, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Reversed and remanded. *State v. Carter/Dawson,* 34 Or App 21, 578 P2d 790 (1978); *State v. Tucker,* 34 Or App 203, 578 P2d 803 (1978).